IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ALL STAR CHAMPIONSHIP RACING, INC., <br>     Plaintiff, <br><br> vs. <br><br> O'REILLY AUTOMOTIVE STORES, INC., d/b/a O'REILLY AUTO PARTS, <br><br>     Defendant. | No. 11-cv-2160 |

## MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)

Defendant, O'Reilly Automotive Stores, Inc. ("O'Reilly"), by and through its attorneys, HEPLERBROOM, LLC, moves for dismissal of Plaintiff's Amended Complaint (doc. 48) for the following reasons:

1. Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted because neither Count II nor Count III is supported by Illinois law. Therefore, both counts of the Amended Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. O'Reilly incorporates by reference its contemporaneously filed Memorandum of Law in Support of Motion to Dismiss.

WHEREFORE, O'Reilly respectfully prays that the Court enter an Order granting its Motion to Dismiss Amended Complaint Pursuant to Rule 12(b)(6), dismissing both Counts of Plaintiff's Amended Complaint, with prejudice, directing that judgment be entered in favor of O'Reilly and against Plaintiff on both Counts of the Amended Complaint and finding there is no

just reason for delay, and granting such other and further relief in its favor as the Court deems just and proper.

>
> Respectfully submitted,
>
> HEPLERBROOM, LLC
>
> By: */s/ Troy A. Bozarth*
> Troy A. Bozarth, #06236748
> Stephen R. Kaufmann, #03126728
> Michael Patrick Murphy, #06284342
> 400 S. Ninth St., Suite 100
> Springfield, IL 62701
> (217) 528-3674 (telephone)
> (217) 528-3964 (facsimile)
> E-mail: tab@heplerbroom.com
> E-mail: srk@heplerbroom.com
> E-mail: mpm@heplerbroom.com
> Attorneys for Defendant, O'Reilly Automotive Stores, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2012, I electronically filed the foregoing Memorandum of Law in Support of Motion to Dismiss Amended Complaint Pursuant to Rule 12(b)(6) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John F. Bramfeld          jbramfeld@mcleodusa.net

> /s/ Troy A. Bozarth
> HeplerBroom LLC
> 130 North Main Street
> Edwardsville, IL  62025

2